Law Office of Miguel C. Lopez, SBN 96530
318 Chester Avenue
Bakersfield, CA. 93301
(661) 322-4618
(661) 322-2843 Fax

Attorney for Plaintiff, Odilia Leyva

United States District Court

Eastern District Court of California, Fresno Division

| | | |
|---|---|---|
| Odilia Leyva, | ) | Case No: 1:11-cv-00488-SMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | |
| | ) | Stipulation And Order For |
| | ) | Extension Of Time To File Motion |
| Michael Astrue, Commissioner | ) | And Memorandum In Support Of |
| of Social Security, | ) | Motion For Summary Judgement |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is Hereby Stipulated, by and between the undersigned attorneys, subject to approval of the court, that Plaintiff shall have an additional 35 days, or until January 19, 2012, in which to file her Motion and Memorandum in Support of Motion for Summary Judgement. The Defendant's Response shall be due on February 18, 2012.

Date: December 16, 2011                   Sincerely,

                                          /s/ Miguel C. Lopez
                                          Miguel C. Lopez, Esq.
                                          Attorney for Plaintiff

Dated: December 16, 2011               /s/ Elisabeth Barry
                                       (as authorized via email)
                                       Special Assistant U.S. Attorney
                                       Attorney for Defendant

## ORDER

The parties' Stipulation is Hereby Approved. The Court's scheduling order shall be modified accordingly.

IT IS SO ORDERED.

Dated:   December 22, 2011                /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE