Law Office of Miguel C. Lopez, SBN 96530
318 Chester Avenue
Bakersfield, CA. 93301
(661) 322-4618
(661) 322-2843 Fax

Attorney for Plaintiff, Odilia Leyva

United States District Court

Eastern District Court of California, Fresno Division

| Odilia Leyva, | ) | Case No: 1:11-cv-00488-SMS |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO DISMISS ACTION** (Doc. 13) |
| vs. | ) | |
| | ) | **ORDER GRANTING MOTION TO DISMISS** (Doc. 13) |
| Michael Astrue, Commissioner of Social Security, | ) | |
| | ) | **ORDER DIRECTING CLERK TO TERMINATE DOC. 13 -AND-** |
| Defendant. | ) | **ADMINISTRATIVELY CLOSE CASE** |

It is hereby Stipulated, by and between the parties, through their respective attorneys, and subject to court approval, that the above noted case be dismissed with prejudice.

Date: February 15, 2012                    Sincerely,


                                          /s/ Miguel C. Lopez
                                          Miguel C. Lopez, Esq.
                                          Attorney for Plaintiff

Dated: February 15, 2012         /s/ Elizabeth Barry
                                 (as authorized via email)
                                 Special Assistant U.S. Attorney
                                 Attorney for Defendant

### **ORDER**

The Stipulation of the parties is hereby APPROVED, and it is HEREBY ORDERED that:

1. Plaintiff's motion to dismiss, filed February 15, 2012 (Doc. 13), is GRANTED;

2. This case/action is DISMISSED in its entirety, with prejudice;

3. The Clerk of Court is DIRECTED to terminate Doc. 13 (the stipulation and proposed order to dismiss erroneously e-filed as a motion) and,

4. The Clerk of Court is DIRECTED to administratively CLOSE the case.

IT IS SO ORDERED.

**Dated:   February 16, 2012**              /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE